UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| QUINTEN JONES | CASE NO. 6:21-CV-01544 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| VICTORY VILLAGE APARTMENTS | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss for Lack of Prosecution (Rec. Doc. 24) is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 25th day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE